FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JILL TRAXLER,

        Plaintiff - Appellant,

 v.

MULTNOMAH COUNTY,

        Defendant - Appellee.

No. 08-35641

D.C. No. 3:06-cv-01450-KI
District of Oregon,
Portland

ORDER

Before: HAWKINS, McKEOWN and BYBEE, Circuit Judges.

    Judges McKeown and Bybee vote to deny the petition for rehearing en banc and Judge Hawkins so recommends. The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

    The petition for rehearing en banc is DENIED.